# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JANE DOE,

    Plaintiff,

        v.

LUZERNE COUNTY, RYAN FOY, in his individual capacity, and BARRY STANKUS, in his individual capacity,

    Defendants.

CIVIL ACTION NO. 3:CV-08-1155

(JUDGE CAPUTO)

## ORDER

**NOW**, this 29th day of October, 2012, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion in Limine Precluding Evidence of Arrest, *Nolo Contendere* Plea, or Any Related Testimony Since the Incident Occurred Four (4) Years After the Invasion of Privacy at Issue in this Case (Doc. 94) is **GRANTED in part and DEFERRED in part**. Evidence of Plaintiff's plea of *nolo contendere* to the July 2011 incident will be precluded; however, determination as to the admissibility of events and circumstances related to the criminal charges and arrest is **DEFERRED** to the time of trial.

(2) Plaintiff's Motion *in Limine* to Preclude Testimony about the Sexual Orientation of Plaintiff or Any Other Employee and Their Sexual History (Doc. 98) is **DEFERRED** to the time of trial.

(3) Plaintiff's Motion *in Limine* to Preclude Defendants' Expert's Notes (Doc. 106) is **DENIED**.

(4) Plaintiff's Motion *in Limine* to Preclude Representation of Witnesses (Doc. 108) is **DEFERRED** to the time of trial.

                            /s/ A. Richard Caputo
                            A. Richard Caputo
                            United States District Judge